1 | Lonnie J. Williams, Jr. (#005966)
Carrie M. Francis (#020453)
2 | **STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
3 | Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
4 | Fax: (602) 240-6925
Email:  lwilliams@stinson.com
5 | Email:  cfrancis@stinson.com
Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| Equal Employment Opportunity Commission, | No. CV 11-00617-TUC-FRZ |
|---|---|
| Plaintiff, | **DEFENDANTS AN LUXURY IMPORTS OF TUCSON, INC. AND AN DEALERSHIP HOLDING CORP. FKA AUTONATION USA CORP.'S CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| AN Luxury Imports of Tucson, Inc., a Delaware Corporation, Autonation USA Corp., a Florida Corporation, | |
| Defendants. | (Assigned to the Honorable Frank R. Zapata) |

Pursuant to Rule 7.1, F.R.C.P., Defendants state:

1.   AutoNation Enterprises Inc. holds more than a 20% ownership interest in AN Luxury Imports of Tucson, Inc.

2.   AutoNation Enterprises Inc. holds 100% ownership interest of AN Dealership Holding Corp. fka AutoNation USA Corp.

3.   There is no publicly held company that owns 10% or more of Defendants' stock.

DB04/810975.0006/5572233.1DD02

Dated this 3rd day of January, 2012.

**STINSON MORRISON HECKER LLP**

By: s/ Carrie M. Francis
Lonnie J. Williams, Jr.
Carrie M. Francis
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Defendants

I hereby certify that on the 3rd day of January, 2012, I caused the foregoing document to be electronically filed and served on counsel of record via the Court's ECF system.

s/Patti Jennings

2

DB04/810975.0006/5572233.1DD02