AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Equal Employment Opportunity Commission   )
)
v.   )   Case No.: 4:11-cv-00617-FRZ
An Luxury Imports of Tucson, Inc.   )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on  11/04/2014  against  Plaintiff ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ |
| Fees for service of summons and subpoena ........................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 9,371.90 |
| Fees and disbursements for printing .................................................. | |
| Fees for witnesses *(itemize on page two)* ............................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case........................................ | 1,099.60 |
| Docket fees under 28 U.S.C. 1923 ................................................... | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ....................................................... | |
| TOTAL | $ 10,471.50 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:  _____

s/ Attorney:  *(signature)* _____

Name of Attorney:  Carrie M. Francis

For:   Defenant, AN Luxury Imports of Tucson, Inc.          Date:  11/18/2014
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*                    *Deputy Clerk*                    *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||| |
|---|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Date of Invoice | Description | Amount |
|---|---|---|
| 7/3/2012 | Deposition Transcript of Joachim Bannes | $ 1,819.70 |
| 7/13/2012 | Deposition Transcript of Zbigniew Orlinski | $ 1,328.70 |
| 9/10/2012 | Deposition Transcript of Linda Lausten Clark | $ 585.25 |
| 10/10/212 | Deposition Transcript of Bryan Baxter | $ 665.40 |
| 10/10/2012 | Deposition Transcript Ed Wagner | $ 531.65 |
| 10/11/2012 | Deposition Transcript Robert Feeney | $ 515.20 |
| 10/16/212 | Deposition Transcripts of Ray Sucku and Chris Sucku | $ 655.40 |
| 3/8/2013 | Deposition Transcript of ANCM 30b6 Designee Brian Davis | $ 702.05 |
| 3/22/2013 | Deposition Transcript of EEOC 30b6 Designee Robert Taft | $ 267.35 |
| 4/25/2013 | Deposition Transcripts of Jacob Curt, James Jones and Christopher Linscott | $ 1,197.60 |
| 9/13/2013 | Deposition Transcript of Donel Collier | $ 476.60 |
| 11/6/2014 | ADES Transcription of Bannes Hearing | $ 627.00 |
|  | Copy Costs Pursuant to Court Order on Exhibits (Dkt. 177), dated 6/4/2014 5,498 pages at 20 cents per page | $ 1,099.60 |
|  | **TOTAL** | **$ 10,471.50** |

# CARRIE REPORTING, LLC

4021 North 75th Street
Suite 101
Scottsdale, AZ  85251
Office  480-429-7573
Fax     480-429-0033

*INVOICE*

Invoice Number:  CS2406
Invoice Date:     7/3/12
Tax ID 26-0715268
Certified Court Reporter #50355

**BILL TO:**

Carrie Francis
Stinson Morrison Hecker PC
1850 N. Central Ave.
Suite 2100
Phoenix, AZ  85004

**CAPTION:**

EEOC v. AN Luxury Imports of Tucson
CV 11-00617-TUC-FRZ

**SCHEDULED:** 6/18/12

**REPORTER:** Carrie Smalanskas

| DESCRIPTION | AMOUNT |
| --- | ---: |
| Deposition Transcript of Joachim Levy Bannes, 305 Pages - O/1-Videotaped | 1,240.00 |
| Exhibits | 26.70 |
| ASCII File | 10.00 |
| Condensed Transcript | 25.00 |
| Reporting Services | 500.00 |
| Delivery | 18.00 |

Terms: Payable upon receipt. Please write the invoice number of your payment.

**TOTAL  $ 1,819.70**

*Thank you for choosing Carrie Reporting, LLC.*

# CARRIE REPORTING, LLC

4021 North 75th Street
Suite 101
Scottsdale, AZ 85251
Office 480-429-7573
Fax 480-429-0033

## *INVOICE*

Invoice Number: CS2421
Invoice Date: 7/13/12
Tax ID 26-0715268
Certified Court Reporter #50355

**BILL TO:**

Carrie Francis
Stinson Morrison Hecker PC
1850 N. Central Ave.
Suite 2100
Phoenix, AZ 85004

**CAPTION:**

EEOC v. AN Luxury Imports of Tucson
CV 11-00617-TUC-FRZ

**SCHEDULED:** 6/20/12

**REPORTER:** Carrie Smalanskas

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition Transcript of Zbigniew Andrew Orlinski, 224 Pages - O/1-Videotaped | 916.00 |
| Exhibits | 5.70 |
| ASCII File | 10.00 |
| Condensed Transcript | 25.00 |
| Reporting Services | 350.00 |
| Delivery | 22.00 |

Terms: Payable upon receipt. Please write the invoice number of your payment.

**TOTAL $ 1,328.70**

*Thank you for choosing Carrie Reporting, LLC.*

# Young Reporting Services



Young Reporting Services, LLC
414 N.W. 4th Street
Suite 140
Oklahoma City, OK  73102

(405)236-8426
info@youngreporting.com
http://www.youngreporting.com/

## Invoice

| Date | Invoice No. |
|---|---|
| 09/10/2012 | 4986 |
| Terms | Due Date |
| Net 30 | 10/10/2012 |

**Bill To**

Mr. Christopher Houk, Attorney at Law
EEOC, Phoenix District Office
3300 N. Central Ave.
Suite 690
Phoenix, AZ  85012

PAID

| Activity | Amount |
|---|---|
| • EEOC vs. AN LUXURY IMPORTS OF TUCSON, INC. - Case No. CV 11-00617-TUC-FRZ | |
| For court reporting services rendered in providing an Original/One Copy of the Deposition of LINDA MICHELLE (LAUSTEN) CLARK taken on August 24, 2012, in Oklahoma City, Oklahoma | |
| • 124 pages @ $4.00 | 496.00 |
| • Appearance fee | 50.00 |
| • Electronic transcript (ascii) | 20.00 |
| • Exhibit copies, 9 @ .25 | 2.25 |
| • Postage, Read & Sign Letter, & Return Original | 17.00 |

THANK YOU - JOHN MARTIN, CSR.

Please return copy with remittance.
Federal I.D. No. 76-0799538
Visit us at www.youngreporting.com

| | |
|---|---|
| Total | $585.25 |
| Payment | $585.25 |
| Balance Due | $0.00 |

Young Reporting Services, LLC. Federal I.D. No. 76-0799538

## *BARTELT REPORTING, LLC*

E-mail Address: bartelt@qwestoffice.net
111 West Monroe Street, Suite 425
Phoenix, AZ 85003

# Invoice

| Date | Invoice # |
|---|---|
| 10/10/2012 | **T12-48** |

**Bill To**

Carrie M. Francis, Esq.
STINSON, MORRISON & HECKER, L.L.P.
1850 North Central Avenue
Suite 2100
Phoenix, AZ 85004-4584

| REP |
|---|
| DK |

| *Description* | *Amount* |
|---|---|
| EEOC vs AN LUXURY IMPORTS OF TUCSON | |
| CV 11-00617-TUC-FRZ | |
| 08/21/12 | |
| Deposition(s) Of: BRYAN BAXTER, 210 PAGES | |
| | |
| One Copy | 619.50 |
| ETRAN/CONDENSED | 20.00 |
| Exhibits | 5.90 |
| Processing Fee | 20.00 |
| | |
| INVOICE DUE & PAYABLE UPON RECEIPT | |
| FEDERAL TAX ID No. 86-0664339 | |
| | |
| PLEASE INCLUDE INVOICE NUMBER ON ALL CORRESPONDENCE | |

*R E B I L L:* If you have already sent payment please disregard this notice.

| | |
|---|---|
| **Total** | $665.40 |
| **Payments/Credits** | -$665.40 |
| **Balance Due** | $0.00 |

# **BARTELT REPORTING, LLC**

E-mail Address: bartelt@qwestoffice.net
111 West Monroe Street, Suite 425
Phoenix, AZ 85003

# Invoice

| Date | Invoice # |
|---|---|
| 10/10/2012 | **T12-49** |

**Bill To**

Carrie M. Francis, Esq.
STINSON, MORRISON & HECKER, L.L.P.
1850 North Central Avenue
Suite 2100
Phoenix, AZ 85004-4584

| REP |
|---|
| DK |

| Description | Amount |
|---|---|
| EEOC vs AN LUXURY IMPORTS OF TUCSON | |
| CV 11-00617-TUC-FRZ | |
| 08/29/12 | |
| Deposition(s) Of: ED WAGNER, 163 PAGES | |
| | |
| One Copy | 480.85 |
| ETRAN/CONDENSED | 20.00 |
| Exhibits | 0.80 |
| Processing Fee | 20.00 |
| UPS Delivery/FOR BOTH THIS INVOICE AND T12-48 | 10.00 |
| | |
| INVOICE DUE & PAYABLE UPON RECEIPT | |
| FEDERAL TAX ID No. 86-0664339 | |
| | |
| PLEASE INCLUDE INVOICE NUMBER ON ALL CORRESPONDENCE | |

*R E B I L L: If you have already sent payment please disregard this notice.*

| | |
|---|---|
| **Total** | $531.65 |
| **Payments/Credits** | -$531.65 |
| **Balance Due** | $0.00 |

# Invoice

## BARTELT REPORTING, LLC
E-mail Address: bartelt@qwestoffice.net
111 West Monroe Street, Suite 425
Phoenix, AZ 85003

| Date | Invoice # |
|---|---|
| 10/11/2012 | 2012-1219 |

**Bill To**

Carrie M. Francis, Esq.
STINSON, MORRISON & HECKER, L.L.P.
1850 North Central Avenue
Suite 2100
Phoenix, AZ 85004-4584

| REP |
|---|
| YW |

| Description | Amount |
|---|---|
| EEOC vs AN LUXURY IMPORTS OF TUCSON | |
| CV11-00617-TUC-FRZ | |
| 08/17/12 | |
| Deposition(s) Of: ROBERT FEENEY, 144 PAGES | |
| | |
| One Copy | 455.50 |
| ETRAN/CONDENSED | 20.00 |
| Exhibits copied plus either Scanned to Email and/or Disk | 9.70 |
| Processing and Delivery | 30.00 |
| | |
| INVOICE DUE & PAYABLE UPON RECEIPT | |
| FEDERAL TAX ID No. 86-0664339 | |
| | |
| PLEASE INCLUDE INVOICE NUMBER ON ALL CORRESPONDENCE | |

*R E B I L L: If you have already sent payment please disregard this notice.*

| | |
|---|---|
| Total | $515.20 |
| Payments/Credits | -$515.20 |
| **Balance Due** | **$0.00** |

# *BARTELT REPORTING, LLC*

E-mail Address: bartelt@qwestoffice.net
111 West Monroe Street, Suite 425
Phoenix, AZ 85003

# Invoice

| Date | Invoice # |
|---|---|
| 10/16/2012 | **T12-52** |

**Bill To**

Carrie M. Francis, Esq.
STINSON, MORRISON & HECKER, L.L.P.
1850 North Central Avenue
Suite 2100
Phoenix, AZ 85004-4584

| REP |
|---|
| DK |

| *Description* | *Amount* |
|---|---|
| EEOC vs AN LUXURY IMPORTS OF TUCSON | |
| CV11-00617-TUC-FRZ | |
| 08/30/12 | |
| Deposition(s) Of: RAY SUCKU, 105 PAGES; | |
| CHRIS SUCKU, 91 PAGES: TOTAL PAGES 196 | |
| | |
| One Copy | 578.20 |
| 2 ~ ETRAN/CONDENSED | 40.00 |
| Exhibits copied plus either Scanned to Email and/or Disk | 7.20 |
| Processing and Delivery | 30.00 |
| | |
| INVOICE DUE & PAYABLE UPON RECEIPT | |
| FEDERAL TAX ID No. 86-0664339 | |
| | |
| PLEASE INCLUDE INVOICE NUMBER ON ALL CORRESPONDENCE | |

| | **Total** | $655.40 |
|---|---|---|
| | **Payments/Credits** | -$655.40 |
| | **Balance Due** | $0.00 |



**Esquire Solutions - Phoenix**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # PL377742



CARRIE FRANCIS, ESQ.
STINSON, MORRISON, HECKER, LLP - PHOENIX
SUITE 2100
1850 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004

| Invoice Date | 03/08/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 04/07/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/28/2013 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSI | 503154 | 03/08/2013 | F-S-O |

**Description**

Copy Deposition for BRIAN DAVIS, 02/28/2013 (PHOENIX, AZ)

EXHIBITS

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 04/22/2013** | **$ 702.05** |
| Amount Due After 04/22/2013 | $ 772.26 |

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 

| | |
|---|---|
| Invoice #: | PL377742 |
| Payment Due: | 04/07/2013 |
| **Amount Due On/Before 04/22/2013** | **$ 702.05** |
| Amount Due After 04/22/2013 | $ 772.26 |

CARRIE FRANCIS, ESQ.
STINSON, MORRISON, HECKER, LLP - PHOENIX
SUITE 2100
1850 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

009 0000377742 03082013 2 000070205 3 04072013 04222013 3 000077226 39

# CARRIE REPORTING, LLC

4021 North 75th Street
Suite 101
Scottsdale, AZ 85251
Office 480-429-7573
Fax    480-429-0033

# INVOICE

Invoice Number:  CS2736
Invoice Date:    3/22/13
Tax ID 26-0715268
Certified Court Reporter #50355

**BILL TO:**

Carrie Francis
Stinson Morrison Hecker PC
1850 N. Central Ave.
Suite 2100
Phoenix, AZ  85004

**CAPTION:**

EEOC v. AN Luxury Imports of Tucson
CV 11-00617-TUC-FRZ

**SCHEDULED:** 3/6/13

**REPORTER:** Yvonne Whitefield

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition Transcript of Robert Taft, 41 Pages - O/1 | 173.75 |
| Exhibits | 21.60 |
| Reporting Services | 50.00 |
| Delivery | 22.00 |

**Now accepting:**  VISA

Terms:  Payable upon receipt.  Please write the invoice number of your payment.

**TOTAL  $  267.35**

*Thank you for choosing Carrie Reporting, LLC.*

## BARTELT REPORTING, LLC
E-mail Address: bartelt@qwestoffice.net
111 West Monroe Street, Suite 425
Phoenix, AZ 85003

# Invoice

| Date | Invoice # |
|---|---|
| 4/25/2013 | T13-13 |

**Bill To**

Carrie M. Francis, Esq.
STINSON, MORRISON & HECKER, L.L.P.
1850 North Central Avenue
Suite 2100
Phoenix, AZ 85004-4584

| REP |
|---|
| DK |

| Description | Amount |
|---|---|
| EEOC vs AN LUXURY IMPORTS OF TUCSON | |
| CV11-00617-TUC-FR2 | |
| 03/11/13 & 03/12/13 | |
| Deposition(s) Of: JACOB CURT, 123 PAGES; JAMES JONES, 167 PAGES; CHRISTOPHER LINSCOTT ***EXPERT*** 62 PAGES: TOTAL PAGES 352 | |
| | |
| One Copy | 1,089.10 |
| 3 ETRAN/CONDENSED | 60.00 |
| Exhibits copied plus either Scanned to Email and/or Disk | 18.50 |
| Processing and Delivery | 30.00 |
| | |
| INVOICE DUE & PAYABLE UPON RECEIPT | |
| FEDERAL TAX ID No. 86-0664339 | |
| | |
| PLEASE INCLUDE INVOICE NUMBER ON ALL CORRESPONDENCE | |

*Less .10 per page to B&K*

| | |
|---|---|
| **Total** | $1,197.60 |
| **Payments/Credits** | -$1,197.60 |
| **Balance Due** | $0.00 |

## *BARTELT REPORTING, LLC*

E-mail Address: bartelt@qwestoffice.net
111 West Monroe Street, Suite 425
Phoenix, AZ  85003

# Invoice

| Date | Invoice # |
|---|---|
| 9/13/2013 | **T13-54** |

**Bill To**

Carrie M. Francis, Esq.
STINSON, MORRISON & HECKER, L.L.P.
1850 North Central Avenue
Suite 2100
Phoenix, AZ 85004-4584

| REP |
|---|
| DK |

| *Description* | *Amount* |
|---|---|
| EEOC vs AN LUXURY IMPORTS OF TUCSON<br>CV-11-00617-TUC-FRZ<br>06/07/13<br>Deposition(s) Of:  DONEL COLLIER, 154 PAGES | |
| E-TRANSCRIPT ONLY | 469.70 |
| Exhibits copied plus either Scanned to Email and/or Disk | 6.90 |
| INVOICE DUE & PAYABLE UPON RECEIPT<br>FEDERAL TAX ID No. 86-0664339 | |
| PLEASE INCLUDE INVOICE NUMBER ON ALL CORRESPONDENCE | |

*R E B  I L L:If you have already sent payment please disregard this notice.*

| | |
|---|---|
| **Total** | $476.60 |
| **Payments/Credits** | -$476.60 |
| **Balance Due** | $0.00 |

# CARRIE REPORTING, LLC

4021 North 75th Street
Suite 101
Scottsdale, AZ  85251
Office  480-429-7573
Fax     480-429-0033

## INVOICE

Invoice Number:  CS3563
Invoice Date:       11/6/14
Tax ID 26-0715268
Certified Court Reporter #50355
Registered Reporting Firm R1064

**BILL TO:**

Carrie Francis, Esq.
Stinson Leonard Street
1850 N. Central Ave.
Suite 2100
Phoenix, AZ  85004

**CAPTION:**

EEOC v. AN Luxury Imports of Tucson
CV 11-00617-TUC-FRZ

**SCHEDULED:**

**REPORTER:** Carrie Smalanskas

| DESCRIPTION | AMOUNT |
|---|---|
| Transcription of DES Hearing re: Joachim Bannes, 54 Pages | 567.00 |
| ASCII File | 25.00 |
| Delivery | 25.00 |
| Binding and Handling (per printed transcript) | 10.00 |

### CERTIFICATION

All aspects of this invoice and other business terms comply with the ethical obligations set forth in Arizona Code of Judicial Administration Sections (J)(1)(g)(3) through (6).

*We accept:*  

Terms:  Payable upon receipt.  Please write the invoice number of your payment.         **TOTAL    $    627.00**

*Thank you for choosing Carrie Reporting, LLC.*

<a>
</a>
<b>
</b>



**STINSON LEONARD STREET**

## INVOICE

**Total Number Of Copies Made For Court:**
Copy Charge (.20 per page)

| | |
|---|---:|
| 2 binder sets to plaintiff and witness of the unstipulated trial exhibits: | 2518 pages |
| 1 binder set to Judge of all unstipulated trial exhibits excluding proposed damage/mitigation exhibits: | 357 pages |
| 1 copy of final revised list of exhibits to Judge: | 25 pages |
| 1 complete set of defendants trial exhibits to court clerk: | 2584 pages |
| 1 copy of defendant's trial exhibit list to court clerk: | 14 pages |
| Total number of pages: | 5,498 |
| **Total amount due:** | **$1,099.60** |