IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Equal Employment Opportunity Commission,

Plaintiff,

v.

AN Luxury Imports of Tucson Incorporated, et al.,

Defendant.

No. CV-11-00617-TUC-FRZ

JUDGMENT ON TAXATION OF COSTS

Final judgment having been entered, defendant filed a Bill of Costs on November 18, 2014, seeking the taxation of $10,471.50. An Objection was filed on December 2, 2014. The matter has been reviewed and costs have been awarded as follows.

Transcript Fees - Pursuant to LRCiv 54.1(e)(2) of the $9,371.90 claimed, only **$8,624.50** is allowed. Copies of transcripts for counsel's own use and costs associated with video recordings are not taxable.

- Invoice CS3563 dated 11/6/14 in the amount of $627.00 is not allowed.
- Invoice CS2406 dated 7/3/12 in the amount of $1,819.70 is reduced by $66.00 for a total of $1,753.70.

- Invoice CS2421 dated 7/13/12 in the amount of $1,328.70 is reduced by $54.40 for a total of $1,274.30.

Copy Fees - Pursuant to LRCiv 54.1(e)(5), the **$1,099.60** claimed is allowed.

The costs are hereby taxed for the defendant and against the plaintiff in the amount of **$9,724.10**.

DATED this 22nd day of December, 2014.

BRIAN D. KARTH, CLERK

By: Michael O'Brien

Michael O'Brien
Chief Deputy Clerk